CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 09 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LOWELL MILLER, | CASE NO. 7:14CV00688 |
| Petitioner, | |
| v. | FINAL ORDER |
| CARL MANIS, WARDEN, | By: Hon. Glen E Conrad |
| | Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the clerk **SHALL** correct the court's docket to designate this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2241; petitioner's motion to amend the petition (ECF No. 5) is **GRANTED**; but the § 2241 petition, as amended, is **DISMISSED** without prejudice; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 9th day of February, 2015.

/s/ Glen E. Conrad
Chief United States District Judge

Case 7:14-cv-00688-GEC-RSB   Document 7   Filed 02/09/15   Page 1 of 1   Pageid#: 24